Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
Thomas Segal (SBN 222791)
  thomas@setarehlaw.com
Tyson Gibb (SBN 339154)
  tyson@setarehlaw.com
SETAREH LAW GROUP
9665 Wilshire Blvd., Suite 430
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
DEBORAH HUBBARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DEBORAH HUBBARD, on behalf of herself, all other similarly situated,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>HENKEL CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　*Defendants*. | Case No. 4:19-cv-04346-JST<br><br>Assigned For All Purposes To The Honorable Jon S. Tigar, Courtroom 6<br><br>**[PROPOSED] JUDGMENT**<br><br><br><br>Action Filed: June 26, 2019<br>Action Removed: July 29, 2019 |

**[PROPOSED] JUDGMENT**

The parties having appeared before this Court on April 21, 2022 on the joint motion of Plaintiff Deborah Hubbard ("Plaintiff") and Defendant Hankel Corporation ("Defendant") for final approval of their class and collective action settlement (the "Settlement"), and having found that the Settlement is fundamentally fair, adequate and reasonable, the Court entered its Order granting final approval of the Settlement on July 25, 2022 (the "Order"). Pursuant to the terms of the parties' Settlement (ECF No. 34-1, Exhibit 1) and the Order (ECF No. 51), Judgment shall be entered without further delay.

This Judgment constitutes a final Judgment with respect to the claims of Plaintiff and the Class Members of the Settlement for purposes of Rule 58 of the Federal Rules of Civil Procedure.

The Parties shall bear their own costs and attorneys' fees except as otherwise provided by the Settlement, the Order, and this Judgment. Without affecting the finality of this judgment in any way, the Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation, and enforcement of this order and the Settlement.

**IT IS SO ORDERED.**

Dated: _____        _____
                                              The Honorable Jon S. Tigar
                                              UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT